FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2017 FEB -6  AM 10: 32

Civil Action No.      '17 - CV - 00333

JEFFREY P. COLWELL
CLERK

(To be supplied by the court)

BY_____DEP. CLK

WILLIAM A. COYLE                                            , Plaintiff,

v.

WHOS NAME IS UNKNOWN                              ,

WHOS NAME IS UNKNOWN                              ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

_____

**COMPLAINT**

_____

(Rev. 07/06)

## PARTIES

1. Plaintiff  WILLIAM A. COYLE                    is a citizen of U.S.A.
   who presently resides at the following address:
   5589 KRAMERIA ST., COMMERCE CITY, COLORADO 80022

2. Defendant  WHOS NAME IS UNKNOWN              is a citizen of U.S.A.
   who live(s) at or is/are located at the following address:
   UNKNOWN AT THIS TIME

3. Defendant  WHOS NAME IS UNKNOWN              is a citizen of U.S.A.
   who live(s) at or is/are located at the following address:
   UNKNOWN AT THIS TIME

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   42 U.S.C. 2000(d) PROHIBITION AGAINST EXCLUSION FORM PARTICIPATION IN, DENIAL OF BENEFITS OF, AND DISCRIMINATION UNDER FEDERALLY ASSISTED PROGRAMS ON GROUNDS OF RACE, COLOR, OR NATIONAL ORIGIN; 18 U.S.C. CHAPTER 73- OBSTRUCTION OF JUSTICE; 18 U.S.C. CHAPTER 7; 18 U.S.C. CHAPTER 19 CONSPIRACY

5. **Briefly state the background of your case**: Plaintiff, whom is a Medicaid participant and former Employee of Department of Justice, was denied, excluded from, and discriminated against due to his state of color, religion, and disability in medical treatment while placed in the fiduciary care an acute treatment center under full lock down of the center named BridgeHouse in Littleton Colorado. Plaintiff was there due to sever P.T.S.D. Associated to the trauma that was endured while in the performance of his duties as a Corrections Officer with Corrections Corporation of America in 2009-2010. Plaintiff informed and gave Due Care to the personal Knowledge and information at time of Medical Treatment in form of verbal statements and written statement. Plaintiff is a Victim to the assaults that took place while in the performance of duty and Victim of being denied the right to be heard and allowing information to come forward by Defendant(s) effect of action; Plaintiff is a witness and informant to Capital crimes that were conspired and incubated by Inmates Plaintiff was over direct supervision of. Such capital crimes do include the *Murder of former Director of Colorado DOC Tom Clements and others, threats and assaults on the Federal and state Government its Administration, Departments, and officers, for purposes of retaliation, and devaluing the authority of the United Stated Government, expressly Plaintiffs employer Corrections Corporation of America, and the Judicial System.*

2

(Rev. 07/06)

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. In September of 2014 Plaintiff was placed into the care of an acute treatment center, named BridgeHouse in Littleton Colorado, for the diagnosis of Post-Traumatic Stress Disorder due to the trauma from assaults and injury suffered while in the performance of duty as an Agent with the Department of Justice, Corrections Corporation of America. During the sessions of treatment, with one Cynthia A. Jackson N.P., Plaintiff gave to the best of abilities DUE CARE of informing the Nurse Practitioner of symptoms of Blackouts, flashbacks of the assaults, Nightmares, and Hipper Vigilance that encompanced Plaintiffs personal information and intelligence to knowledge of the Murder of Former Director of Colorado DOC Tom Clements, committed capital crimes, and further conspired plans of capital crimes directed and plotted by Inmates that Plaintiff had supervision over and being the individuals responsible for the assaults that Plaintiff suffered while in the performance of duty. Such due care of informing the Nurse Practitioner was in form of verbal and written statements.

2. On October 3, 2014 plaintiff was grievously and unlawfully discharged form treatment based on the State of Plaintiffs Color, Plaintiffs Religion, and Plaintiffs Disability where the Nurse Practitioner placed into Plaintiffs Medical Jacket statements that are False, deceptive and highly prejudicial,of third party[Alleged statements made by Plaintiff former Parole Officer] one PO Leasley Keasel with the Sterling Parole Division- Sterling Colorado. The statements that were placed in the Medical Document that are False, Deceptive, and Highly Prejudicial where used to in lieu for supporting the unlawful discharge of medical treatment, supported the concealment statements made by the Plaintiff, and devalue and/or Discredit the Plaintiffs information to Capital Crimes, Plaintiffs right to be heard as a Victim and witness towards the injury of assaults including others, and factoring information to be used to prevent or prosecute individuals for the Capital crimes.

3. In January 2016 it was made aware to the Plaintiff of the Medical record and statements placed therein. On February 16, 2016 at 15:26 Hours Plaintiff had a verbal communication with former Parole Officer PO L. Keasel, via phone. PO Keasel Confirmed by Records keep by the Colorado Department of Parole that no such conversation over the alleged statements took place, and confirmed that no Parole Officer is Capable of making a Professional Medical statement of diagnosis to an individual's medical state. Such confirmation of the Prole record show that :
   a. Plaintiff spoke with PO on September 9, 2014 to inform of whereabouts and issues to being in care of medical treatment, via Phone conversation;
   b. Conversation took place Between PO and SGT Dollan with the Sterling Police Department on the 24 of September, 2014 in regards to the where abouts of the Plaintiff;
   c. On October 2, 2014 PO talked to BridgeHouse Therapist, Brian.

4. According to the information and evidence collected the Known Identity or professional Office of the defendant(s) is unknown at this time, the Police Department were not looking for Plaintiff, Plaintiff complied with the requirements of registration, Plaintiff Maintained his housing and address that was the same from July of 2014 to January of 2016, the Colorado Department of Parole does not have any showing of the record that statements were made as stated in the Medical Document by the Nurse Practitioner Cynthia A Jackson; Plaintiff was grievously and unlawfully Denied benefits of, participation in, and discriminated against due

3

to the state of color, Religion, and disability for a federally assisted program as a Medicaid participant and former Agent of the Department of Justice, in medical treatment.

4

(Rev. 07/06)

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)
Defendant Number 2 in aiding and facilitating in :
42 U.S.C. 2000(d) PROHIBITION AGAINST EXCLUSION FORM PARTICIPATION IN,
DENIAL OF BENEFITS OF, AND DISCRIMINATION UNDER FEDERALLY ASSISTED
PROGRAMS ON GROUNDS OF RACE, COLOR, OR NATIONAL ORIGIN; 18 U.S.C.
CHAPTER 73- OBSTRUCTION OF JUSTICE; 18 U.S.C. CHAPTER 7; 18 U.S.C. CHAPTER
19 CONSPIRACY

1. Defendant number 2, who name is unknown at this time conspired, aided, and in facilitating and farthing along with Defendant Number 1 who name is unknown at this time in the actions as stated in above first claim for relief and supporting Factual allegation as stated:

   a. In September of 2014 Plaintiff was placed into the care of an acute treatment center, named BridgeHouse in Littleton Colorado, for the diagnosis of Post-Traumatic Stress Disorder due to the trauma from assaults and injury suffered while in the performance of duty as an Agent with the Department of Justice, Corrections Corporation of America. During the sessions of treatment, with one Cynthia A. Jackson N.P., Plaintiff gave to the best of abilities DUE CARE of informing the Nurse Practitioner of symptoms of Blackouts, flashbacks of the assaults, Nightmares, and Hipper Vigilance that encompanced Plaintiffs personal information and intelligence to knowledge of the Murder of Former Director of Colorado DOC Tom Clements, committed capital crimes, and further conspired plans of capital crimes directed and plotted by Inmates that Plaintiff had supervision over and being the individuals responsible for the assaults that Plaintiff suffered while in the performance of duty. Such due care of informing the Nurse Practitioner was in form of verbal and written statements.

   b. On October 3, 2014 plaintiff was grievously and unlawfully discharged form treatment based on the State of Plaintiffs Color, Plaintiffs Religion, and Plaintiffs Disability where the Nurse Practitioner placed into Plaintiffs Medical Jacket statements that are False, deceptive and highly prejudicial of third party Alleged statements made by Plaintiff former Parole Officer, one PO Leasley Keasel with the Sterling Parole Division- Sterling Colorado. The statements that were placed in the Medical Document that are False, Deceptive, and Highly Prejudicial where used to in lieu for supporting the unlawful discharge of medical treatment, supported the concealment statements made by the Plaintiff, and devalue and/or Discredit the Plaintiffs information to Capital Crimes, Plaintiffs right to be heard as a Victim and witness towards the injury of assaults including others, and factoring information to be used to prevent or prosecute individuals for the Capital crimes.

   c. In January 2016 it was made aware to the Plaintiff of the Medical record and statements placed therein. On February 16, 2016 at 15:26 Hours Plaintiff had a verbal communication with former Parole Officer PO L. Keasel, via phone. PO Keasel Confirmed by Records keep by the Colorado Department of Parole that no such conversation over the alleged statements took place, and confirmed that no Parole Officer is Capable of making a Professional Medical statement of diagnosis to an individual's medical state. Such confirmation of the Prole record show that :

5

(Rev. 07/06)

1. Plaintiff spoke with PO on September 9, 2014 to inform of whereabouts and issues to being in care of medical treatment, via Phone conversation;
2. Conversation took place Between PO and SGT Dollan with the Sterling Police Department on the 24 of September, 2014 in regards to the where abouts of the Plaintiff;
3. On October 2, 2014 PO talked to BridgeHouse Therapist, Brian.

   d. According to the information and evidence collected the Known Identity or professional Office of the defendant(s) is unknown at this time, the Police Department were not looking for Plaintiff, Plaintiff complied with the requirements of registration, Plaintiff Maintained his housing and address that was the same from July of 2014 to January of 2016, the Colorado Department of Parole does not have any showing of the record that statements were made as stated in the Medical Document by the Nurse Practitioner Cynthia A Jackson; Plaintiff was grievously and unlawfully Denied benefits of, participation in, and discriminated against due to the state of color, Religion, and disability for a federally assisted program as a Medicaid participant and former Agent of the Department of Justice, in medical treatment.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:
1. Monetary damages for injury from each Defendant;
2. Criminal Prosecution for all unlawful actions of Defendants

_February 6, 2017_
Date

_William N Cey_
Plaintiff

6

(Rev. 07/06)

## VERIFICATION AND ACKNOWLEDGMENT

I WILLIAM A. COYLE, PLAINTIFF PRO-SE (name) swear/affirm under oath, and under penalty of perjury, that I have read the foregoing **_COMPLAINT_** and that the statements set forth therein are true and correct to the best of my knowledge.

Date: 2-6-17

_William A. G___

☐Petitioner/Plaintiff  or  ☐Respondent/Defendant

5589 Kramecic St

Address

Commerce City Co 80022

City, State and Zip Code

970-571-4654

Telephone Number (Home)          (Work)

STATE OF COLORADO

COUNTY OF Denver

Subscribed, sworn to and acknowledged to me by William Coyle , this 6th day of Feb ,
20 17 .

My Commission Expires: 08/12/2020

STATE OF COLORADO

_Delicia A Thomp_

Notary Public/ Deputy Clerk

DELICIA L THOMPSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164030965
MY COMMISSION EXPIRES 8/12/2020