IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00333-LTB

WILLIAM A. COYLE,

    Plaintiff,

v.

CYNTHIA A. JACKSON, NP. (Official and individual), and
BRIAN "DOE" (Official and individual),

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 19, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19th day of April, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/D. Kalsow
            Deputy Clerk